UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| U'Nika J. Queeney Yahral,<br><br>                    Plaintiff<br><br>v.<br><br>Stephanie Richless, et al.,<br><br>                    Defendants | Case No. 2:25-cv-00938-CDS-DJA<br><br>**Order Granting Defendants' Unopposed Motions to Dismiss**<br><br>[ECF Nos. 10, 11] |

Plaintiff U'nika Yahral brings this lawsuit seeking redress for the removal of her minor children from her custody, the ultimate termination of parental rights, and an arrest. Compl., ECF No. 1. Defendants[1] Margaret Pickard, Roger West, and Wilbur & Theresa Faiss Middle School move to dismiss Yahral's claims for insufficient service, failure to state a claim, and failure to name the Clark County School District. ECF Nos. 10, 11. Any opposition to those motions was due by July 21, 2025. ECF No. 14 at 2 (citing Local Rule 7-2(b) (providing that the non-moving party must file points and authorities in opposition within fourteen days after service of the motion to dismiss). That deadline passed without any response, leaving the motions to dismiss unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Unlike a motion for summary judgment, a district court is not required to examine the merits of an unopposed motion to dismiss before granting it. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (refusing to extend to motions to dismiss the requirement that a district court examine the merits of an unopposed motion for summary judgment before summarily granting it pursuant to a local rule).

---

[1] Yahral names twenty defendants: Judge Roger, Judge Ruggiero, K. Bowers, D. Reynolds, A. Shupe, Z. Adams, K. Soucy, Frankie Cooper, Meriyah Finchers, Shenita Johnson, Gwendolyn Rossmanith, Rhonda Tyrone, Ramon Taylor, Malaysia Johnson, Michael Ross, Stephanie Richless, Steven B. Wolfson, Judge Margaret Pickard (who was incorrectly identified as "Mergerette P." and "Mergerette Pickard" in the complaint), and Derrick and Barbara Blackson. ECF No. 1 at 2–3.

Thus, a district court may properly grant an unopposed motion to dismiss under a local rule. *Id.* at 53. Here, I apply LR 7-2(d) and deem Yahral's failure to respond to the motions to dismiss as consent to granting the motions.

## Conclusion

IT IS HEREBY ORDERED that defendants' motions to dismiss **[ECF Nos. 10, 11] are GRANTED**, therefore Margaret Pickard, Roger West, and Faiss Middle School are dismissed.

The Clerk of Court is kindly directed to change "Mergerette P." to "Margaret Pickard" in the electronic filing system, and to enter judgment accordingly.

Dated: July 28, 2025

_____
Cristina D. Silva
United States District Judge