UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| U'Nika J. Queeny Yahral,<br><br>          Plaintiff<br><br>v.<br><br>Stephanie Richless, et al.,<br><br>          Defendants | Case No. 2:25-cv-00938-CDS-DJA<br><br>**Notice of Intent to Dismiss Under Rule 4(m) of the Federal Rules of Civil Procedure** |

The complaint in this action was filed on May 29, 2025. ECF No. 1. Federal Rule of Civil Procedure 4(m) provides, in part, that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

To date, there has been no proof of service filed as to defendants Stephanie Richless, Steve Wolfson, Judge Ruggiero, Dept. 20 Municipal Court, Clark County, Derrick Blackson, Barbara Blackson, Las Vegas Metropolitan Police Department, CPS Director, or Judge Roger. Notice is hereby given that this action will be dismissed without prejudice as to those defendants unless proof of service is filed by **September 30, 2025**. Service on the parties must have taken place prior to the expiration of the time limit set forth in Fed. R. Civ. P. 4(m), or good cause must be shown as to why such service was not made in that period.

Failure to comply with this notice by September 30 will result in dismissal without prejudice as to those defendants and without further notice.

Dated: September 9, 2025

_____
Cristina D. Silva
United States District Judge