UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| U'Nika J. Queeney Yahral,<br><br>     Plaintiff<br><br>v.<br><br>Stephanie Richless, et al.,<br><br>     Defendants | Case No. 2:25-cv-00938-CDS-DJA<br><br>**Order Dismissing Defendants<br>    and Closing Case** |

     This action was filed on May 29, 2025. On September 9, 2025, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendants Stephanie Richless, Steve Wolfson, Judge Ruggiero, Dept. 20 Municipal Court, Clark County, Derrick Blackson, Barbara Blackson, Las Vegas Metropolitan Police Department, CPS Director, or Judge Roger was filed by September 30, 2025, the court would enter an order of dismissal. Notice, ECF No. 19. The deadline has now passed, and no proof of service has been filed.

     IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to defendants Stephanie Richless, Steve Wolfson, Judge Ruggiero, Dept. 20 Municipal Court, Clark County, Derrick Blackson, Barbara Blackson, Las Vegas Metropolitan Police Department, CPS Director, or Judge Roger. The Clerk of Court is kindly directed to close this case.

Dated: October 2, 2025

_____
Cristina D. Silva
United States District Judge